ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ROSALEEN O'GARA
Assistant U.S. Attorney
State Bar No. 029512
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rosaleen.ogara@usdoj.gov
Attorneys for Plaintiff

FILED
2018 APR 11 PM 3: 26
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR18- 596TUC RCC(BPV)

| | |
|---|---|
| United States of America, | INDICTMENT |
| Plaintiff, | Count 1: 18 U.S.C. § 1361 (Destruction of Government Property) |
| vs. | |
| Douglas Clay Moulton, | Count 2: 49 U.S.C. § 46317 (Operating an Aircraft without a License) |
| Defendant. | |

SEALED

THE GRAND JURY CHARGES:

## COUNT 1

### 18 USC § 1361 - Destruction of Government Property

Beginning at a time unknown to on or about October 24, 2017, at or near Ironwood National Monument, in the District of Arizona, Defendant, Douglas Moulton, did willfully injure and commit a depredation against property of the United States, to wit: he did construct an airstrip on federal land, thereby excavating, removing, damaging, and otherwise altering and defacing an archaeological resource from public land, namely Ironwood National Monument, resulting in damage to archaeological resources in the amount of $92,983 and damage to environmental resources in the amount of $2,690, all in violation of Title 18, United States Code, Section 1361.

///

## COUNT 2

**49 U.S.C. § 46317 - Operating an Aircraft without a License**

Beginning at a time unknown to on or about October 24, 2017, at or near Ironwood National Monument, in the District of Arizona, Defendant, Douglas Moulton, did knowingly and willfully serve and attempt to serve in any capacity as an airman operating an aircraft in air transportation without an airman's certificate authorizing such; all in violation of Title 49, United States Code, Section 46317.

A TRUE BILL

/ S /
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Moulton*
*Indictment Page 2 of 2*