MICHAEL BAILEY
United States Attorney
District of Arizona
TIFFANY J. UNDERWOOD
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: tiffany.underwood@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 18-00596-RCC-BPV |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO UNSEAL CASE |
| vs. | |
| Douglas Clay Moulton, aka Kern Lee Burge, aka Jeffrey Bernard Davis, aka William Davis, | (Paper Filed In A Sealed Case All Defendant Name(s) to Be Made Public) |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, respectfully requests that this Court enter an Order to:

1. Unseal the case.

2. It is the intent of the government to unseal the entire case:

  ☒ The government is not specifying any documents to remain sealed.

3. Pursuant to the March 2004 Judicial Conference guidance, certain criminal documents shall not be included in the public case file and should not be made available to the public at the courthouse or via remote electronic access: unexecuted summonses or warrants of any kind (e.g., search warrants, arrest warrants); pretrial bail or presentence investigation reports; statements of reasons in the judgment of conviction; juvenile records; documents containing identifying information about jurors or potential jurors; financial

affidavits filed in seeking representation pursuant to the Criminal Justice Act; *ex parte* requests for authorization of investigative; and expert or other services pursuant to the Criminal Justice Act. Accordingly, the government requests that documents in those categories remain sealed without further order of the Court.

Respectfully submitted this 30th day of July, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

for TIFFANY J. UNDERWOOD
Assistant U.S. Attorney